UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

MIDDLEBROOKS SHAPIRO & NACHBAR, P.C.
1767 MORRIS AVENUE, SUITE 2A
UNION, NEW JERSEY 07083
(908) 687-6161
Melinda D. Middlebrooks, Esq (MM-4198)
Attorneys for the Debtor and Debtor-in-Possession,
First Occupational Center of New Jersey.

In Re:

FIRST OCCUPATIONAL CENTER OF NEW JERSEY,
Debtor and Debtor-in-Possession.

Case No.:    10-47328 (MS)

Judge:    Morris Stern

Chapter:    11

Recommended Local Form:    ☒ Followed    ☐ Modified

### CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, __Raymond T. Cirz, MAI, CRE, FRICS__, being of full age, certify as follows:
Managing Director, Integra Realty Resources, Inc.

1. I am seeking authorization to be retained as __Arbitrator__.

2. My professional credentials include: Member: American Society of Real Estate Counselors CRE; Appraisal Institute, Member (MAI) Appraisal Institute; Royal Institute of Chartered Surveyors, Fellow (FRICS). A true and correct copy of my Professional Qualifications is annexed hereto as Exhibit A.

3. I am a member of or associated with the firm of: Integra Realty Resources, Inc., 1133 Avenue of the Americas, 27th Floor, New York, NY 10036.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows: Hourly rate of $375.00 subject to a Fee Application.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____

   _____

   _____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe Connection: _____

   _____

   _____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

   ☒ do not hold an adverse interest to the estate.

   ☒ do not represent an adverse interest to the estate.

   ☒ are disinterested under 11 U.S.C. § 101(14).

   ☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

   ☐ Other. Explain: _____

   _____

2

8. If the professional is an auctioneer,

   a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

   ☐ Yes   ☑ No

   b. My qualifications and previous experience as an auctioneer include:

   _____
   _____
   _____

   c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?   ☐ Yes   ☑ No

   If yes, explain: _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____
   _____
   _____

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Date: January 25, 2011

Raymond T. Cirz
Signature of Professional

Raymond T. Cirz, MAI, CRE, FRICS
Name of Professional

*Rev. 7 1 04; jml*

3

# Exhibit

# "A"

# Professional Qualifications

## Raymond T Cirz, MAI, CRE, FRICS

### Experience

Managing Director in the firm of INTEGRA REALTY RESOURCES – NEW YORK. Actively engaged in real estate valuation and consulting, including acquisition and disposition analyses, portfolio valuations for major public and private institutions, financial analyses, market and feasibility studies and other advisory services. Experience is concentrated in major domestic and international urban properties including such developments as the Pacific Design Center in Los Angeles, International Place in Boston, the Willard Hotel in Washington DC, and the World Trade Center in New York City. Retail is another area of particular expertise with valuation and consulting expertise involving over 400 regional malls including the Westchester, Mall at Short Hills, and South Street Seaport. He currently serves as CEO of Integra Realty Resources with 60 offices located throughout the country.

### Professional Activities & Affiliations

Member: American Society of Real Estate Counselors CRE
Member: Appraisal Institute, Member (MAI) Appraisal Institute
Member: Royal Institute of Chartered Surveyors, Fellow (FRICS)
Member: International Council of Shopping Centers
Member: National Council of Real Estate Investment Fiduciaries
Member: Urban Land Institute
Member: National Association of Realtors

### Licenses

New Jersey, General Certified Appraiser, RG00418, Expires December 2011
New York, General Certified Appraiser, 46000018410, Expires June 2011
Georgia, General Certified Appraiser, 214086, Expires May 2011
Massachusetts, General Certified Appraiser, 267, Expires May 2011
Connecticut, General Certified Appraiser, RCG0000666, Expires April 2011
Florida, General Certified Appraiser, RZ2205, Expires November 2010
Pennsylvania, General Certified Appraiser, GA-001706-R, Expires June 2011
Minnesota, General Certified Appraiser, 40164944, Expires August 2010
North Carolina, General Certified Appraiser, A7119, Expires June 2011
Tennessee, General Certified Appraiser, 00002090, Expires July 2010
South Carolina, General Certified Appraiser, CG6565, Expires June 2010
New Jersey, NJ Real Estate Salesperson, 8031255, Expires June 2011

### Education

B.S. Degree, Business Management, Fairleigh Dickinson University, Rutherford, New Jersey (1974).
Graduate of New York University's Real Estate Institute, S.C.E., New York, New York (1975).
Successfully completed numerous real estate and related courses and seminars
Appraisal Institute, accredited universities and others.
Currently certified by the Appraisal Institute's program of continuing education.

### Articles and Publications

Author: Valuation and Condominium Conversion", The Appraisal Journal, January 1982
Co-Author: "Developing a Better Cash Flow Projection," The Appraisal Journal, January 1987
Lecturer: "Real Estate Appraisal Principals" course at New York University's Real Estate Institute
Lecturer: AICPA National Real Estate Conference, 2004-2007.
Lecturer: International Council of Shopping Centers, Next Generation, NYC 2009
Lecturer: The Counselors of Real Estate, National Meeting, NYC 2009

rcirz@irr.com • 212-255-7858 x2020                                                                  Integra Realty Resources - New York


Copyright 2007 Integra Realty Resources, Inc.

# Professional Qualifications

## Qualified Before Courts & Administrative Bodies

Recognized as an expert witness, Mr. Cirz has testified in various courts throughout the country on matters involving bankruptcy, partnership disputes, condemnation, and ad valorum taxation. He has successfully testified in trials where the client has won awards which exceed the equivalent of $100 million. Mr. Cirz is a past member of the New Jersey Supreme Court Committee on Taxation.

New York Superior Court
New Jersey State Tax Court
New Jersey Superior Court
Federal Bankruptcy Court
United States District Court

## Miscellaneous

Mr. Cirz is a recognized national expert in the commercial real estate field and has lectured at New York University as well as many professional and educational organizations including the Appraisal Institute, The Counselors of Real Estate, International Council of Shopping Centers, Rutgers University and New Jersey County Tax Board Associations. He has been interviewed by many national publications including the New York Times, Wall Street Journal and Bloomberg News and has had articles published in the Appraisal Journal and Shopping Center World.

rcirz@irr.com • 212-255-7858 x2020                                Integra Realty Resources - New York


Copyright 2007 Integra Realty Resources, Inc.

# **CERTIFICATION OF GENUINENESS OF FACSIMILE SIGNATURE**

Joseph M. Shapiro, Esq., of legal age, certifies and says as follows:

1. I am an attorney at law of the State of New Jersey and Associate with the law firm of Middlebrooks Shapiro & Nachbar, P.C., attorneys for First Occupational Center of New Jersey, the above-captioned Chapter 11 Debtor and Debtor-in-Possession (the "Debtor"). I make this Certification of Genuineness of the Facsimile Signature of Raymond T. Cirz.

2. I hereby certify to the genuineness of the signature of Raymond T. Cirz, on the foregoing documentation. His signature has been accomplished electronically in order to file the papers expeditiously.

3. I will forward a copy of the foregoing documentation with the original signature affixed thereto if requested by the Court or any party.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

/s/ Joseph M. Shapiro
Joseph M. Shapiro, Esq.

Dated: January 25, 2011